UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

GHEBRESLASSIE FIKADU,

               Petitioner,

      v.

STEVE KURZDORFER, in his official
capacity as Acting Field Office Director,
Buffalo Field Office, Enforcement and
Removal Operations, U.S. Immigration
and Customs Enforcement, U.S.
Department of Homeland Security, ET
AL.,

               Respondents.

_____

25-CV-720 (JLS)

### **ORDER**

     Petitioner Ghebreslassie Fikadu is a civil immigration detainee currently

held at the Buffalo Federal Detention Facility.  Petitioner claims that he is being

detained in United States Immigration and Customs Enforcement custody in

violation of the United States Constitution.  Therefore, Petitioner seeks relief under

28 U.S.C. § 2241.  Dkt. 1.  Petitioner paid the $5.00 filing fee and is represented by

counsel.

     IT IS HEREBY ORDERED that, by **August 19, 2025**, Respondents shall file

and serve an **answer** responding to the allegations in the petition; and it is further

ORDERED that, by **August 19, 2025**, Respondents shall file and serve, in addition to the answer, a **memorandum of law** addressing each of the issues raised in the petition and including citations to supporting authority and applicable sections of the Immigration and Nationality Act; and it is further

ORDERED that, by **August 19, 2025**, instead of an answer, Respondents may file a **motion to dismiss** the petition, accompanied by appropriate exhibits demonstrating that an answer to the petition is unnecessary; and it is further

ORDERED that Petitioner shall have until **August 26, 2025** to file a **written response** to Respondents' submission; and it is further

ORDERED that the Clerk of Court shall serve a copy of the petition, together with a copy of this Order, electronically via a Notice of Electronic Filing to the United States Attorney's Office, Western District of New York at <u>USANYW-Immigration-Habeas@usdoj.gov</u>.


SO ORDERED.

Dated:      August 8, 2025
           Buffalo, New York

_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE

2